■ JASON PALMER et al., Appellants, v CIMINELLI-COWPER Co., INC., et al., Respondents. (Appeal No. 3.) [849 NYS2d 829]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered September 20, 2007 in a personal injury action. The order denied the motion of plaintiffs for a stay of the trial.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Palmer v Ciminelli-Cowper Co., Inc.* (48 AD3d 1210 [2008]). Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

■ SHAWN PALMER, Appellant, v CIMINELLI-COWPER Co., INC., et al., Respondents. (Appeal No. 4.) [849 NYS2d 830]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered September 20, 2007 in a personal injury action. The order denied the motion of plaintiff for a stay of the trial.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Palmer v Ciminelli-Cowper Co., Inc.* (48 AD3d 1210 [2008]). Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

■ In the Matter of LEONOR GERONA ROMEO, an Attorney, Resignor. [849 NYS2d 812]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Jan. 10, 2008.)

■ In the Matter of FRANK J. PUCCIA, an Attorney, Resignor. [849 NYS2d 812]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Jan. 17, 2008.)

■ In the Matter of GREGORY B. ABELN, an Attorney, Resignor. [849 NYS2d 813]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Jan. 25, 2008.)